Joseph A. Broderick, as Superintendent of Banks of the State of New York, Respondent, v. Max Aaron and Others, Defendants, Impleaded with Joseph Berg, Appellant.— Action to declare an assessment of twenty-five dollars a share levied against stockholders of the Bank of United States to be valid, just and equitable and for other relief. Appeal from judgment entered on decision after trial at Special Term, in so far as it is adjudged that plaintiff is entitled to a lien on the moneys and dividends retained by him, with the right to apply and set off such moneys and dividends against the amount of stock assessments levied against defendant-appellant, and adjudges that plaintiff apply and set off against the assessment of $17,625 of the defendant the sum of $17,625 withheld as dividends. Judgment so far as appealed from unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Glennon, Untermyer and Dore, JJ.

Joseph A. Broderick, as Superintendent of Banks of the State of New York, Plaintiff, v. Max Aaron and Others, Defendants, Peola Baer Gratz, Defendant-Respondent, Clinton Gilbert and Others, Appellants, Samuel Ungerleider and Others.— Appeal from judgment entered on decision after trial at Special Term, adjudging that the appellants are the equitable owners of fifty shares of stock of the Bank of United States, and that they are liable for the assessment made thereon pursuant to the Banking Law to the respondent Peola B. Gratz, at whose instance appellants were impleaded. Judgment unanimously affirmed,

with costs. No opinion. Present — Martin, P. J., Glennon, Untermyer and Dore, JJ.